**Order entered March 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01162-CR

**STACY DAVIDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80297-2019**

## ORDER

Before the Court is the State's March 30, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received that same day filed as of the date of this order.

/s/    BILL PEDERSEN, III
         JUSTICE